

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*
*Civil Division*

---

*c/o Social Security Administration*  *tel: (212) 264-3650, x.233*
*Office of the General Counsel*  *fax: (212) 264-6372*
*26 Federal Plaza, Room 3904*  *email: Karen.M.Ortiz@ssa.gov*
*New York, New York 10278*

September 16, 2006

RECEIVED

SEP

CHAMBERS OF
LAWRENCE E. KAHN
U. S. DISTRICT JUDGE

**BY FIRST CLASS MAIL**
Hon. Lawrence E. Kahn
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, New York 12207-2926

    Re:    <u>Colleen S. Davis v. Commissioner of Social Security, Civil Action No. 06-0287</u>

Dear Judge Kahn:

    The undersigned Special Assistant United States Attorney writes to respectfully request approval of the attached Stipulation and Order in the above action.

    Thank you.

                    Very truly yours,

                    CHRISTOPHER J. CHRISTIE
                    United States Attorney

          BY:    *[signature]*
                    Karen M. Ortiz
                    Special Assistant U.S. Attorney

Enclosure

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
COLLEEN S. DAVIS,

            Plaintiff,

      v.

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

            Defendant.
*******************************

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 2 8 2006
LAWRENCE K. BAERMAN, CLERK
ALBANY

Civil Action No. 06-0287

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. §405(g)**

This matter having been opened to the Court by GLENN T. SUDDABY, United States Attorney for the Northern District of New York, and KAREN M. ORTIZ, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this        day of           , 200 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

                                                          LAWRENCE E. KAHN
                                                          United States District Court Judge

9/26/06

The undersigned hereby consent to the form and entry of the within order.

                        GLENN T. SUDDABY
                        United States Attorney

By: _____
      KAREN M. ORTIZ
      Special Assistant U.S. Attorney
      Bar No. 513873


                        AMDURSKY, PELKY, FENNELL
                          & WALLEN, P.C.
                        26 East Oneida Street
                        Oswego, New York 13126

By: _____
      GREGORY R. GILBERT, ESQ.
      Attorney for Plaintiff